WILLIAM H. JENKINS, Respondent, *v.* CHESTER B. TEED,
Appellant.

Jenkins v. *Teed*, 174 App. Div. 900, affirmed.
(Submitted December 12, 1918; decided January 14, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered July 14, 1916, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for the alleged conversion of certain cows. The answer

contained a general denial and an allegation of ownership and possession in a third person from whom defendant acquired title by purchase.

*Charles R. O'Connor* for appellant.
*Alexander Neish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Cardozo, Pound and Andrews, JJ.